**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 14-00290-VAP (SPx)                              Date:  June 26, 2014

Title:   ALFONSO GARCIA -v- AAAA HEALTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND DOES 1-10

==============================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

        Marva Dillard                              None Present
        Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR                      ATTORNEYS PRESENT FOR
PLAINTIFFS:                                DEFENDANTS:

        None                                       None

PROCEEDINGS:   ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR AT SCHEDULING CONFERENCE (IN CHAMBERS)

   On April 23, 2014, the Court issued an Order setting a scheduling conference in this matter for June 23, 2014, at 1:30 p.m.  (<u>See</u> Order (Doc. No. 11).)  In violation of Local Rule 16-13, the Court's Standing Order (Doc. No. 5), and the Scheduling Conference Order (Doc. No. 11), Plaintiff Alfonso Garcia's lead trial counsel, Phyl Grace, failed to attend the conference.

   Plaintiff's counsel is therefore ORDERED to show cause, in writing, no later than July 3, 2014, why sanctions should not issue in the amount of $500 for her failure to appear at the conference.

   The scheduling conference in this matter is continued to July 21, 2014, at 1:30 p.m.

   **IT IS SO ORDERED.**