JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alfonso Garcia,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AAAA Health, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 5:14-CV-00290-VAP-SP<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

**ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 18, 2014

　　　　　　　　　　　　　HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE